# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jonathan Tobias Lewis | ) | Case No: CR198-00054-004 |
| | ) | USM No: 09939-021 |
| Date of Previous Judgment: July 8, 1999 | ) | John Paul Batson |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

FILED
U.S. DISTRICT COURT

2009 MAR 13 P 2:59

CLERK

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months **is reduced to** __324 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __42__            Amended Offense Level: __40__
Criminal History Category: __II__         Criminal History Category: __II__
Previous Guideline Range: __360 months to Life__   Amended Guideline Range: __324__ to __405__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining the appropriate reduction in this case.

Except as provided above, all provisions of the judgment dated __July 8, 1999,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 13, 2009__

Judge's signature

Effective Date: _____
(if different from order date)

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title