**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV 19 PM 3: 03

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 198-054 |
| | * | |
| JONATHAN TOBIAS LEWIS | * | |

**O R D E R**

Defendant has filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) on the basis that Amendment 782 to the United States Sentencing Guidelines has revised the guidelines applicable to drug trafficking offenses.  Even though Amendment 782 became effective on November 1, 2014, no defendant may be released on the basis of the retroactive amendment before November 1, 2015.  See U.S.S.G. Amend. 788.  Thus, the Court will undertake a review of cases involving drug trafficking offenses in due course.  If Defendant is entitled to a sentence reduction as a result of amendments to the United States Sentencing Guidelines, the Court will make such a reduction *sua sponte*. Accordingly, Defendant's motion (doc. no. 603) is **DEFERRED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1]  The Clerk is directed to terminate the motion for administrative purposes.