PROB 35
(Rev. 6/17)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAY 19 AM 9:44

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                      Crim. No.   1:98CR00054-004

Jonathan Tobias Lewis

On September 19, 2016, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
J. Baylan Thomas
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _18th_ day of May, 2020.

_____
Dudley H. Bowen, Jr.
United States District Judge